FILED
May 13, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: JR
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **SEALED** **Case No: EP:26-CR-01172-LS** |
| | § | **INDICTMENT** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; |
| **(1) JAIME MUNOZ,** | § | **CT 2:** 21:841(a)(1)-Possession of a Controlled Substance with Intent to Distribute; and |
| **(2) CARMEN GLORIA MUNOZ,** | § | **CT 3:** 21:841(a)(1)-Possession of a Controlled Substance with Intent to Distribute. |
| **(3) HECTOR HUGO CARRETE, and** | § | |
| **(4) ROGELIO CASTRO,** | § | |
| | § | |
| **Defendants.** | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**

That beginning on or about April 1, 2024, and continuing through and including on or about July 30, 2024, in the Western District of Texas, and elsewhere, Defendants,

**(1) JAIME MUNOZ,**
**(2) CARMEN GLORIA MUNOZ,**
**(3) HECTOR HUGO CARRETE, and**
**(4) ROGELIO CASTRO,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| (1) Jaime Munoz | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |
| (2) Carmen Gloria Munoz | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |
| (3) Hector Hugo Carrete | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |
| (4) Rogelio Castro | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

On or about April 2, 2024, in the Western District of Texas, Defendants,

**(1) JAIME MUNOZ, and**
**(2) CARMEN GLORIA MUNOZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**COUNT THREE**

That beginning on or about July 2, 2024, and continuing through and including on or about July 25, 2024, in the Western District of Texas, Defendant,

**(3) HECTOR HUGO CARRETE**,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney